Martin E. Rosen (SBN 108998), mrosen@mail.hinshawlaw.com
Ophir Johna (SBN 228193), ojohna@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

closed

FILED
CLERK, U.S. DISTRICT COURT
JUL 19, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Attorneys for Defendant
Provident Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR KRAVITZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY dba UNUM and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-09635-GHK-JEMx<br><br>Honorable George H. King<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)]**<br><br>[Stipulation filed concurrently]<br><br>Complaint Filed: December 15, 2015 |

1  Pursuant to the stipulation of the parties, the above-entitled action is hereby
2  dismissed in its entirety, with prejudice. Each party shall bear his or its own
3  attorneys' fees and costs.
4
5  IT IS SO ORDERED.
6
7  Dated: _____7/19/16_____
8  HON. GEORGE H. KING
   United States District Judge